UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
FORT WORTH DIVISION

**BRIAN COLE,**

   Petitioner,

v.     No. 4:25-cv-0010-P

**STATE OF TEXAS,**

   Respondent.

## FINAL JUDGMENT

Consistent with the order of dismissal signed this date, the petition of Brian Cole is **DISMISSED** for want of prosecution.

**SO ORDERED** on this **10th day of February 2025.**

*[signature: Mark T. Pittman]*

Mark T. Pittman
UNITED STATES DISTRICT JUDGE